RB:PT
F.#2009R01373

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| - against - | Cr. No. _____ |
| YANG CHIA TIEN,<br>    also known as "Andrew Tien," | (T. 18, U.S.C., §§ 1543, 2, 982(a)(6)(a), 982(b)(1) and 3551 et seq.; T. 21, U.S.C., § 853(p)) |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

FORGERY OF PASSPORT

1.   In or about and between November 2009 and March 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant YANG CHIA TIEN, also known as "Andrew Tien," together with others, did knowingly and willfully furnish to another for use a false, forged, counterfeited, mutilated and altered passport and instrument purporting to be a passport, to wit: an instrument purporting to be a passport issued by the People's Republic of China bearing the name "Lanhui Chang."

(Title 18, United States Code, Sections 1543, 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2.   The United States hereby gives notice to the defendant charged herein that, upon his conviction of the offense

charged in this Indictment, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(6)(A), which requires any person convicted of such offense to forfeit: (a) any conveyance, including any vessel, vehicle or aircraft used in the commission of the offense; (b) any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the offense; and (c) any property, real or personal, that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other

property of such defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(6)(A) and 982(b)(1); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

USAO#  F#2009R01373

1. Title of Case:  United States v. Yang Chia Tien

2. Related Magistrate Docket Number(s)    None

   None ( )

3. Arrest Date:  Defendant not yet arrested

4. Nature of offense(s):  x   Felony
   ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:  Less than 6 weeks   (x)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed:  Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this information been ordered sealed?        (X) Yes  ( ) No

9. Have arrest warrants been ordered?               (X) Yes  ( ) No

10. Is a capital count included in the information?  ( ) Yes  (x) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By:  *[signature]*
Paul Tuchmann
Assistant U.S. Attorney
(718) 254-6294

Rev. 10/01/03